# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 23-12078-AMC

    MATTHEW M. WILKINSON

    1813 MIDFIELD ROAD

    FEASTERVILLE TREVOSE, PA 19053

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MATTHEW M. WILKINSON

    1813 MIDFIELD ROAD

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                     /S/ Kenneth E. West

Date: 9/27/2023                                 _____

                                     Kenneth E. West, Esquire
                                     Chapter 13 Standing Trustee