# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

MATTHEW M. WILKINSON  Bankruptcy No. 23-12078-AMC

1813 MIDFIELD ROAD

FEASTERVILLE TREVOSE, PA 19053

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MATTHEW M. WILKINSON

1813 MIDFIELD ROAD

FEASTERVILLE TREVOSE, PA 19053

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/1/2023   /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee