# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew M. Wilkinson<br>     Debtor<br><br>ARDENT CREDIT UNION F/K/A SB1 FEDERAL CREDIT UNION, its successors and/or assignees<br>     Movant<br>  vs.<br><br>Matthew M. Wilkinson<br>     Debtor<br><br>Kenneth E. West<br>     Trustee | CHAPTER 13<br><br>NO. 23-12078 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of ARDENT CREDIT UNION F/K/A SB1 FEDERAL CREDIT UNION, which was filed with the Court on or about August 29, 2023.

Dated: November 13, 2023

                  Respectfully submitted,

                  /s/Mark A. Cronin
                  Mark A. Cronin, Esq.
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  Phone: (215) 627-1322
                  mcronin@kmllawgroup.com